■ MARTHA M. EVANS, Appellant, v BURGESS MATTHEWS, Respondent.—Order unanimously affirmed, without costs, for the reasons stated at Family Court, Rosenbloom, J., and in the following memorandum: We merely add that the Department of Social Services stands in the shoes of the legitimate children, who are recipients of public assistance, for the purpose

of asserting their rights to equal support with the born out-of-wedlock children of this same father (Social Services Law, § 101-a). (Appeal from amended order of Monroe County Family Court—support.) Present—Cardamone, J. P., Simons, Dillon, Goldman and Witmer, JJ.